

**SIGNED THIS 24th day of November, 2021**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| QUIANA Y. BROWN | ) | Case No. 21-70783 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | _____ |

### ORDER SCHEDULING HEARING

The Debtor, *pro se*, filed a voluntary Chapter 7 petition with this Court on November 22, 2021. The Court notes that the Debtor has a prior Chapter 13 case, Case No. 20-70063, that was dismissed by this Court on October 4, 2021 on the Chapter 13 Trustee's motion. The Debtor filed a notice of appeal of that dismissal Order on October 12, 2021 and the case remains open. Pursuant to Local Rule 1017-2, no debtor may maintain more than one petition at the same time, unless for good cause shown. Additionally, the Debtor did not file all the schedules and documents necessary to advance the instant case, including the required credit counseling certificate. The Court also notes that the Debtor did not pay the required filing fee when she filed the instant case, but instead filed an Application to Have the Chapter 7 Filing Fee Waived.[1]

---

[1] The Court will review the Debtor's Application once the Debtor files the remaining schedules.

For good cause, and it appearing just and proper to do so, it is ORDERED that the Debtor shall appear before this Court on December 20, 2021 at 9:30 a.m. in Roanoke (U.S. Bankruptcy Courtroom, 2nd Floor, 210 Church Avenue) to determine whether just cause exists for the Debtor to maintain two cases at the same time.

It is FURTHER ORDERED that the Debtor shall file all required schedules, Summary of Your Assets and Liabilities (Form 106Sum), Declaration about an Individual Debtor's Schedules (Form 106Dec), Statement of Financial Affairs (Form 107), and Statement of Current Monthly Income (Form 122A-1) within the time noted in the Court's November 23, 2021 deficiency Order or the Debtor shall appear and show cause on December 20, 2021 at 9:30 a.m. why this case should not be dismissed with a bar to refiling.

In Part 5 of the Petition, the Debtor certified that she asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after she made the request and that exigent circumstances merit a 30-day temporary waiver of the requirement. However, the Debtor did not attach the required statement explaining what efforts were made to obtain the briefing, why she was unable to obtain it before she filed bankruptcy and what exigent circumstances required her to file this case. Therefore, it is FURTHER ORDERED that the Debtor shall file such statement within the time required by the Court's November 23, 2021 deficiency Order or appear and show cause on December 20, 2021 at 9:30 a.m. why this case should not be dismissed with a bar to refiling.

The Clerk of the Court is directed to send a copy of this Order to the Debtor, the Chapter 7 Trustee, the Chapter 13 Trustee, the Office of the United States Trustee, and all creditors on the mailing matrix of this case.

\*\* END OF ORDER\*\*